UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand and fifteen,

_____

Leeward Construction Company, Ltd.,
Petitioner - Appellee,

v.

American University of Antigua - College of Medicine,
Respondent - Appellant,

Manipal Education Americas, LLC, FKA GCLR, LLC,
Respondent.

**ORDER**
Docket No. 13-1708

_____

American University of Antigua College of Medicine,
Petitioner - Appellee,

v.

Leeward Construction Company, Ltd.,
Respondent - Appellant.

Docket No. 15-1595

_____

Leeward Construction Company, Ltd., has filed a motion for these appeals to be heard in tandem.

IT IS HEREBY ORDERED that the motion is GRANTED. The oral argument in docket number 13-1708, set for August 20, 2015, is adjourned. Oral argument will be scheduled at a later date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

